UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEGHAN MERCEDES
CASSIDY,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 2:15-cv-12277
Magistrate Judge Anthony P. Patti

## **JUDGMENT**

In accordance with the order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on September 2, 2016,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

Dated: September 2, 2016

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

2

I hereby certify that a copy of the foregoing document sent to parties of record on September 2, 2016, electronically and/or by U.S Mail.

                                           s/Michael Williams
                                           Case Manager for the
                                           Honorable Anthony P. Patti